[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1209.]

BESHARA, EXR., APPELLANT, *v.* SCHINDLER; ATD CORPORATION, APPELLEE.

[Cite as *Beshara v. Schindler*, 1995-Ohio-89.]

*Appeal dismissed as improvidently allowed.*

(No. 94-1424—Submitted October 10, 1995—Decided November 22, 1995.)

APPEAL from the Court of Appeals for Summit County, No. 16507.

————————————

*McCarthy, Palmer, Volkema, Boyd & Thomas* and *Daniel R. Volkema*, for appellant.

*Davis & Young Co., L.P.A., Gregory H. Collins* and *Martin J. Murphy*, for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and BOWMAN, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

DONNA BOWMAN, J., of the Tenth Appellate District, sitting for COOK, J.

————————————